**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1496**

---

BRENDA SMITH,

Plaintiff - Appellant,

versus

APPLETON PAPERS, INCORPORATED; MOORE
CORPORATION LIMITED, d/b/a Moore Business
Forms, Incorporated; THE MEAD CORPORATION,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (CA-01-965-2)

---

Submitted: July 25, 2002          Decided: July 31, 2002

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Brenda Smith, Appellant Pro Se. Cowan Ervin Reid, Carlos LeMont
Hopkins, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia;
Lawrence Joseph Quinn, TYDINGS & ROSENBERG, Baltimore, Maryland;
Laurence Brian Oppenheimer, HISCOCK, BARCLAY, SAPERSTON & DAY,
Buffalo, New York; Darlene Paige Bradberry, BREEDEN, SALB, BEASLEY
& DUVALL, Norfolk, Virginia; Joseph Dennis Rasnek, CARPENTER,
BENNETT & MORRISSEY, Newark, New Jersey, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brenda Smith appeals the district court's order dismissing her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. See Smith v. Appleton Papers, Inc., No. CA-01-965-2 (E.D. Va. Apr. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED